IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-510-LPS |
| | ) | |
| BMW OF NORTH AMERICA, LLC, and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-511-LPS |
| | ) | |
| MERCEDES-BENZ USA, LLC, | ) | |
| MERCEDES-BENZ VANS, LLC, DAIMLER | ) | |
| TRUCKS NORTH AMERICA, LLC, and DAIMLER | ) | |
| NORTH AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-512-LPS |
| | ) | |
| VOLVO CAR NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW"); Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Vans, LLC ("MBV"), Daimler Trucks North America, LLC ("DTNA"), and Daimler North America Corp. ("DNAC")

(collectively, "Mercedes"); and Volvo Car North America, LLC ("Volvo") (collectively, "Defendants") hereby respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Stragent's complaints for patent infringement of U.S. Patent Nos. 10,248,477; 10,031,790; 10,002,036; and 9,705,765 as barred by claim and issue preclusion. The grounds for this motion are fully set forth in the accompanying opening brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
amoshos@mnat.com

*Attorneys for Defendants Mercedes-Benz USA,*
*LLC, Mercedes-Benz Vans, LLC, Daimler*
*Trucks North America, LLC and Daimler*
*North America Corp.*

OF COUNSEL:

Edward J. DeFranco
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

Jeffrey S. Gerchick
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC  20005
(202-538-8000

Brett N. Watkins
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
711 Louisiana Street, Suite 500
Houston, TX  77002
(713) 221-7030

July 6, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-510-LPS |
| | ) | |
| BMW OF NORTH AMERICA, LLC, and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-511-LPS |
| | ) | |
| MERCEDES-BENZ USA, LLC, | ) | |
| MERCEDES-BENZ VANS, LLC, DAIMLER | ) | |
| TRUCKS NORTH AMERICA, LLC, and DAIMLER | ) | |
| NORTH AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-512-LPS |
| | ) | |
| VOLVO CAR NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

This _____ day of _____, _____, Defendants BMW of North America, LLC and

BMW Manufacturing Co., LLC ("BMW"); Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-

Benz Vans, LLC ("MBV"), Daimler Trucks North America, LLC ("DTNA"), and Daimler North

America Corp. ("DNAC") (collectively, "Mercedes"); and Volvo Car North America, LLC ("Volvo") (collectively, "Defendants"), having moved to dismiss Stragent's complaints for patent infringement of U.S. Patent Nos. 10,248,477; 10,031,790; 10,002,036; and 9,705,765 in the above actions pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as barred by claim and issue preclusion, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Defendants' motion is granted, and that Stragent's complaints are dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as barred by claim and issue preclusion.

_____
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 6, 2020, upon the following in the manner indicated:

George Pazuniak, Esquire                                            *VIA ELECTRONIC MAIL*
O'KELLY & ERNST, LLC
824 North Market Street, Suite 1001A
Wilmington, DE  19801
*Attorneys for Plaintiff*

Thomas F. Meagher, Esquire                                      *VIA ELECTRONIC MAIL*
Alan Christopher Pattillo., Esquire
MEAGHER EMANUEL LAKS GOLDBERG
   & LIAO, LLP
One Palmer Square, Suite 325
Princeton, NJ  08542
*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)