IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-511 (LPS) |
| | ) |
| MERCEDES-BENZ USA, LLC, | ) |
| MERCEDES-BENZ VANS, LLC, | ) |
| DAIMLER TRUCKS NORTH AMERICA | ) |
| LLC and DAIMLER NORTH AMERICA | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Edward J. DeFranco, Jeffrey S. Gerchick, and Brett N. Watkins of QUINN EMANUEL URQUHART & SULLIVAN, LLP to represent defendants Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America LLC and Daimler North American Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew Moshos*

Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
amoshos@mnat.com

*Attorneys for Defendants*

July 7, 2020

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Edward J. DeFranco, Jeffrey S. Gerchick, and Brett N. Watkins is granted.

Dated: _____      _____

                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: July 7, 2020

/s/ *Edward J. DeFranco*
Edward J. DeFranco
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  July 6, 2020     /s/ *Jeffrey S. Gerchick*
         Jeffrey S. Gerchick
         QUINN EMANUEL URQUHART
          & SULLIVAN, LLP
         1300 I Street NW, Suite 900
         Washington, DC  20005
         (202-538-8000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas, the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 6, 2020                     /s/ Brett N. Watkins
                                       Brett N. Watkins
                                       QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP
                                       711 Louisiana Street, Suite 500
                                       Houston, TX  77002
                                       (713) 221-7030

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 7, 2020, upon the following in the manner indicated:

| | |
|---|---|
| George Pazuniak, Esquire<br>O'KELLY & ERNST, LLC<br>824 North Market Street, Suite 1001A<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Thomas F. Meagher, Esquire<br>Alan Christopher Pattillo., Esquire<br>MEAGHER EMANUEL LAKS GOLDBERG<br>   & LIAO, LLP<br>One Palmer Square, Suite 325<br>Princeton, NJ  08542<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew Moshos*

Andrew Moshos (#6685)