IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-510-JDW |
| | ) | |
| BMW OF NORTH AMERICA, LLC, and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-511-JDW |
| | ) | |
| MERCEDES-BENZ USA, LLC; | ) | |
| MERCEDES-BENZ VANS, LLC; | ) | |
| DAIMLER TRUCKS NORTH AMERICA | ) | |
| LLC; and DAIMLER NORTH AMERICA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-512-JDW |
| | ) | |
| VOLVO CAR NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF FINAL WRITTEN DECISION IN *INTER PARTES* REVIEW PROCEEDINGS AND CURRENT STATUS OF ASSERTED PATENTS**

Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW"); Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North

America, LLC, and Daimler North America Corp. ("Daimler-Mercedes"); and Volvo Car USA, LLC ("VCUSA") respectfully notify the Court that the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in IPR2021-00417 on July 12, 2022. The PTAB determined that all claims (1-30) of U.S. Patent No. 10,248,477 ("the '477 Patent") are invalid, which includes all of the claims of the '477 Patent asserted by Plaintiff Stragent in the above cases. A copy of the Final Written Decision is attached hereto as Exhibit A. On July 13, 2022, Stragent filed a Notice of Appeal. *See* Exhibit B.[1]

Defendants note that the PTAB interpreted the term "issue a storage resource request," which was presented for construction during the June 29, 2022 Markman Hearing and is present in claim 23 of the invalidated '477 Patent. Specifically, the PTAB determind that "the phrase 'issue a storage resource request' at least encompasses checking to see if the storage resource is available." Ex. A, at 10. This term is also present in claims 1 and 102 of U.S. Patent No. 10,002,036 and claims 1 and 15 of U.S. Patent No. 10,031,790.

Additionally, Defendants list the current status of the asserted patents below:

| Asserted Patent | Status |
|---|---|
| 10,248,477 | All claims invalidated by the PTAB |
| 10,031,790 | *Ex Parte* Reexamination granted on all claims by United States Patent and Trademark Office |
| 10,002,036 | *Ex Parte* Reexamination filed, awaiting ruling |
| 9,705,765 | *Ex Parte* Reexamination filed, awaiting ruling |

Defendants will keep the Court appraised of the status of the pending reexamination proceedings.

Dated:  July 25, 2022

---

[1] Defendants are submitting the Notice of Appeal as it was filed. Defendants note that the last page of Exhibit B lists "Appendix A" but Stragent did not file such an Appendix with the Notice of Appeal.

|  |  |
|---|---|
|  | SHAW KELLER LLP |
| OF COUNSEL:<br>Lionel M. Lavenue<br>Deanna C. Smiley<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA 20190<br>(571) 203-2700<br><br>R. Benjamin Cassady<br>Joseph M. Myles<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>(202) 408-4000 | /s/ Andrew E. Russell<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorney for Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC* |
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br>Edward J. DeFranco<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000<br><br>Jeffrey S. Gerchick<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC  20005<br>(202) 538-8000<br><br>Brett N. Watkins<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX  77002<br>(713) 221-7030 | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (No. 1014)<br>Cameron P. Clark (No. 6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America, LLC and Daimler North America Corp* |

|  |  |
|---|---|
|  | STAMOULIS & WEINBLATT, LLC |
| OF COUNSEL: | */s/ Stamatios Stamoulis* |
| Lewis E. Hudnell, III | Stamatios Stamoulis (No. 4606) |
| HUDNELL LAW GROUP P.C. | 800 N. West Street, Third Floor |
| 800 W. El Comino Real, Ste. 180 | Wilmington, DE 19801 |
| Mountain View, CA 94040 | stamoulis@swdelaw.com |
| (650) 564-7720 | (302) 999-1540 |

*Attorneys for Defendant
Volvo Car USA, LLC*

4